## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S  ) <br> LONDON subscribing to Policy No.  ) <br> SUAWS20395-2405 and MARKEL  ) <br> INTERNATIONAL INSURANCE COMPANY ) <br> LIMITED,  ) <br>  ) <br>       PLAINTIFFS,  ) <br>  ) <br> vs.  ) <br>  ) <br> MERITIZE FINANCIAL INC., COLLEGE  ) <br> LOAN CORPORATION, MEASUREONE,  ) <br> INC., SOCRATIC VENTURES EDUCATION  ) <br> PARTNERS, LP and SOCRATIC VENTURES ) <br> EDUCATION PARTNERS, II, LP,  ) <br>  ) <br>       DEFENDANTS.  ) | C.A. No. 4:25-cv-0220 |

## **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiffs, Certain Underwriters at Lloyd's, London subscribing to Policy No. SUAWS20395-2405 and Markel International Insurance Company Limited (collectively "Plaintiffs") through their undersigned counsel, to notify the Court of dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), as follows.

As to the co - defendants (Meritize Financial Inc., College Loan Corporation, MeasureOne Inc., Socratic Ventures Education Partners, LP, and Socratic Ventures Education Partners II, LP) the Docket reflects no service of process, nor the filing of any responsive pleadings or cross-claims, nor any motions for summary judgment.  Accordingly, this Notice of Dismissal of all Plaintiffs' claims without prejudice is effective without a separate Order from the Court.  See Fed. R. Civ. P. 41(a)(1)(A).

WHEREFORE, Plaintiffs Certain Underwriters at Lloyd's, London subscribing to Policy No. SUAWS20395-2405 and Markel International Insurance Company Limited respectfully request for the Court to note the dismissal of this action, without prejudice, on its Docket.

Dated: April 14, 2025.

Respectfully submitted,

By: */s/ Paul K. Nesbitt*
PAUL K. NESBITT
pnesbitt@ksklawyers.com
Texas Bar No. 14920500

**Lead Attorney for Plaintiffs Certain Underwriters at Lloyd's London subscribing to Policy No. SUAWS20395-2405 and Markel International Insurance Company Limited**

OF COUNSEL:

SUTTER & KENDRICK, P.C.
5858 Westheimer, Suite 688
Houston, Texas 77057
Tel: 713-595-6000

-- and ---

HOWARD J. FISHMAN (admitted *pro hac vice*)
hfishman@karballaw.com
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Wacker Drive, Suite 2550
Chicago, Illinois 60606
Tel: (312) 431-3700